# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

**STERLING M. JACKSON**,
    Petitioner,

    -vs-                              **CASE NO. 1:07-cv-281**
                                              Judge S. Arthur Spiegel

**JAMES ERWIN, WARDEN,**
    Respondent.

## JUDGMENT IN A CIVIL CASE

|   |   |   |
|---|---|---|
|   | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| X | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

**THAT** the Court ADOPTS and AFFIRMS the Magistrate's Judge Report and Recommendation and DENIES WITH PREJUDICE Petitioner's Petition for Writ of Habeas Corpus. The Court also certifies that an appeal of this Order would not be taken in "good faith", and thereby DENIES Petitioner leave to appeal *in forma pauperis*.

Date: June 12, 2008                            **JAMES BONINI, CLERK**

                                                          By: /s/ M. Rogers
                                                             Deputy Clerk